IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-1164

NICK PEARCE, an individual

Plaintiff

v.

COLLECTIVE PROPERTIES – MISSISSIPPI, LLC, a Colorado limited liability company

Defendant

### ORDER RE: JOINT MOTION FOR COURT APPROVAL OF STIPULATION FOR RESOLUTION AND DISMISSAL

THE COURT, having reviewed the Parties' Joint Motion for Court Approval of Stipulation for Resolution and Dismissal, and being fully advised in the premises, does hereby ADOPT and APPROVE the Stipulation for Resolution and Dismissal (the "**Stipulation**") as an Order of the Court. In so doing, the Court hereby approves the Stipulation, confirms each of the factual recitals contained therein, and makes the terms of the Stipulation a binding and enforceable Order of this Court. Accordingly, this matter is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

SO ORDERED this 1st day of June, 2023.

s/Scott T. Varholak
United States Magistrate Judge